# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand and nineteen.

_____

Gregory Mango,

        Plaintiff - Appellee,

v.

Buzzfeed, Inc.,

        Defendant - Appellant.
_____

**ORDER**

Docket No. 19-446

    Appellee moves for leave to file a replacement brief to correct typographical and grammatical errors in his brief filed on September 17, 2019.  Appellant does not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                              For the Court**:**
                              Catherine O'Hagan Wolfe,
                              Clerk of Court